IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | **8:21CV2** | |
| vs. | **TRIAL SETTING ORDER** | |
| $53,005.00 UNITED STATES CURRENCY, | | |
| Defendant. | | |

After conferring with counsel for the parties,

IT IS ORDERED:

1)   The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on July 18, 2022**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 17, 2022** at **10:00 a.m.**, and will be conducted by video conferencing.   Video conference instructions are found at Filing No. 39.

3)   The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to bazis@ned.uscourts.gov in Word format, by 12:00 p.m. on **June 14, 2022**.

4)   Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

5)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge